# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA PADILLA,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 1:25-cv-01403-KES-SAB<br><br>ORDER GRANTING JOINT MOTION TO MODIFY CERTAIN DATES IN THE SCHEDULING ORDER<br><br>(ECF No. 13) |

Pending before the Court is the timely joint motion from the parties to modify certain dates in the scheduling order. For good cause shown, the Court GRANTS the motion and ORDERS the following dates in the scheduling order are modified:

1. The non-expert discovery deadline is continued to **February 26, 2027**;
2. The dispositive motion deadline is continued to **April 30, 2027**; and
3. The scheduling order otherwise remains controlling.[1] (ECF No. 12.)

IT IS SO ORDERED.

Dated: **October 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge

[1] At this time, the Court declines the parties' invitation to modify the pretrial conference date and the trial date.